**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
harnold@maclaw.com
  Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID BENGEL, an individual; PACIFIC GREEN ENERGY, LLC, a California limited liability company; APRICOT HOLDINGS, LLC, a Nevada limited liability company; APRICOT ENERGY LLC, a Nevada limited liability company; NEVADA SOLAR ENERGY, LLC, a Nevada limited liability company; FLORIDA SOLAR ENERGY, LLC, a Florida limited liability company; TEXAS SOLAR SERVICES, LLC, a Texas limited liability company,<br>                Plaintiffs,<br>    vs.<br>EDMUND COUTAN, an individual; AURORA CONSULTING, LLC, a Nevada limited liability company; KUMQUAT SOLAR LLC, a Nevada limited liability company; KUMQUAT ENERGY LLC, a Nevada limited liability company; KUMQUAT HOLDINGS LLC, a Nevada limited liability company; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br>                Defendants. | Case Number:<br>2:23-cv-01111-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

PLEASE TAKE NOTICE that the Parties, Plaintiffs DAVID BENGEL, PACIFIC GREEN ENERGY, LLC, APRICOT HOLDINGS, LLC, APRICOT ENERGY LLC, NEVADA SOLAR ENERGY, LLC, FLORIDA SOLAR ENERGY, LLC, TEXAS SOLAR SERVICES, LLC ("Plaintiffs"), by and through their counsel of record, Hutchings Law Group, and Defendants EDMUND COUTAN, AURORA CONSULTING, LLC, KUMQUAT SOLAR LLC, KUMQUAT ENERGY LLC, KUMQUAT HOLDINGS LLC

("Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach, hereby stipulate and agree as follows:

1. On July 17, 2023 Plaintiffs filed their Complaint.

2. Plaintiffs effectuated service upon Defendants on July 20, 2023.

3. An answer or other responsive pleading is currently due on or before August 10, 2023.

4. Plaintiffs have agreed to extend the deadline for Defendants to file a responsive pleading to the Complaint up to and including August 31, 2023.

5. This is the first stipulation of time for Defendants to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

Submitted by:
Dated this 7th day of August, 2023

**MARQUIS AURBACH**

By: */s/ Harry L. Arnold*
   Brian R. Hardy, Esq.
   Nevada Bar No. 10068
   Harry L. Arnold, Esq.
   Nevada Bar No. 15866
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Defendants*

Approved at to content by:
Dated this 7th day of August, 2023

**HUTCHINGS LAW GROUP**

By: */s/ Mark. H. Hutchings*
   Mark H. Hutchings, Esq.
   Nevada Bar No. 12783
   John B. Lanning, Esq.
   Nevada Bar No. 15585
   400 S. 4th St., Suite 550
   Las Vegas, Nevada 89101
   *Attorney for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2023