1  Mark H. Hutchings, Esq.
   Nevada Bar No. 12783
2  John B. Lanning, Esq.
   Nevada Bar No. 15585
3  **HUTCHINGS LAW GROUP**
   400 S. 4th St., Suite 550
4  Las Vegas, Nevada 89101
   Telephone: (702) 660-7700
5  Facsimile: (702) 552-5202
   MHutchings@HutchingsLawGroup.com
6  John@HutchingsLawGroup.com
   *Attorney for Plaintiffs*
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BENGEL, an individual; PACIFIC GREEN ENERGY, LLC, a California limited liability company; APRICOT HOLDINGS, LLC, a Nevada limited liability company; APRICOT ENERGY LLC, a Nevada limited liability company; NEVADA SOLAR ENERGY, LLC, a Nevada limited liability company; FLORIDA SOLAR ENERGY, LLC, a Florida limited liability company; TEXAS SOLAR SERVICES, LLC, a Texas limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND COUTAN, an individual; AURORA CONSULTING, LLC, a Nevada limited liability company; KUMQUAT SOLAR LLC, a Nevada limited liability company; KUMQUAT ENERGY LLC, a Nevada limited liability company; KUMQUAT HOLDINGS LLC, a Nevada limited liability company; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case Number: 2:23-cv-01111-JAD-EJY <br><br><br> **Stipulation and Order Dismissing Case with Prejudice** <br><br><br><br> **ECF No. 39** |
| EDMUND COUTAN, an individual; DOES I through X, inclusive; ROE BUSIESS ENTITIES I through X, inclusive, <br> Counterclaimant <br> vs. <br><br> DAVID BENGEL, an individual; PACIFIC GREEN ENERGY, LLC, a California limited liability company, APRICOT HOLDINGS, | |

LLC, a Nevada limited liability company; APRICOT ENERGY LLC, a Nevada limited liability company; NEVADA SOLAR ENERGY, LLC, a Nevada limited liability company; FLORIDA SOLAR ENERGY, LLC, a Florida limited liability company; TEXAS SOLAR SERVICES, LLC, a Texas limited liability company,

Counter-defendants

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that the Parties, Plaintiffs and Counter-defendants, DAVID BENGEL, PACIFIC GREEN ENERGY, LLC, APRICOT HOLDINGS, LLC, APRICOT ENERGY LLC, NEVADA SOLAR ENERGY, LLC, FLORIDA SOLAR ENERGY, LLC, and TEXAS SOLAR SERVICES, LLC, by and through their counsel of record, Hutchings Law Group, and Defendants and Counterclaimants, EDMUND COUTAN, AURORA CONSULTING, LLC, KUMQUAT SOLAR LLC, KUMQUAT ENERGY LLC, and KUMQUAT HOLDINGS LLC ("Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach, hereby stipulate and agree that all claims and causes of action in the above-entitled manner be dismissed with prejudice on all counts, each party to bear its own attorney fees, costs, and interest, and that all dates be vacated.

| DATED this 8th day of March 2024. | DATED this 8th day of March 2024. |
|---|---|
| **HUTCHINGS LAW GROUP** | **MARQUIS AURBACH** |
| /s/ Mark H. Hutchings | /s/ Brian R. Hardy |
| Mark H. Hutchings, Esq. | Brian R. Hardy, Esq. |
| Nevada Bar No. 12783 | Nevada Bar No. 10068 |
| John B. Lanning, Esq. | Harry L. Arnold, Esq. |
| Nevada Bar No. 15585 | Nevada Bar No. 15866 |
| 400 South 4th Street, Suite 550 | 10001 Park Run Drive |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89145 |
| *Attorney for Plaintiffs* | *Attorney for defendants* |

## ORDER

Based on the parties' stipulation [ECF No. 39] and good cause appearing, IT IS HEREBY ORDERED that THIS CASE IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 12, 2024